## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HCI DISTRIBUTION, INC.; and<br>ROCK RIVER MANUFACTURING, INC., | ) | Case No. 8:18-cv-00173-JMG-MDN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **INDEX OF EVIDENCE IN SUPPORT** |
| v. | ) | **OF PLAINTIFFS' RESPONSE TO** |
| | ) | **DEFENDANTS' MOTION TO STRIKE** |
| DOUGLAS PETERSON, Nebraska | ) | |
| Attorney General; TONY FULTON, | ) | |
| Nebraska Tax Commissioner, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiffs HCI Distribution, Inc. and Rock River Manufacturing, Inc. submit the following evidence in support of its response to Defendants' Motion to Strike in the above captioned-matter:

A. Affidavit of Calandra McCool

Exhibit A September 29, 2022 Email Chain between Calandra S. McCool and Daniel Muelleman regarding first request for Motion to Amend

Exhibit B October 3, 2022 Email Chain between Calandra S. McCool and Daniel Muelleman regarding opposition to second request for Motion to Amend

Exhibit C Excerpts from Sheila Hauswirth Deposition taken July 1, 2022

Exhibit D Excerpts from HCI Distribution 30(b)(6) Deposition dated July 21, 2022

Exhibit E July 21, 2022 Email Chain between Calandra S. McCool and Daniel Muelleman regarding excel spreadsheets

Exhibit F September 20, 2022 Email from Daniel Muelleman regarding excel spreadsheets

Exhibit G September 21 to September 21, 2022 Email Chain between Calandra S. McCool and Daniel Muelleman regarding excel spreadsheets

Respectfully submitted this 7th day of October 2022

HCI DISTRIBUTION, INC.; and
ROCK RIVER MANUFACTURING, INC.

By: /s/ *Calandra S. McCool*
      Nicole E. Ducheneaux (NE 25386)
      Calandra S. McCool (NE 27279)
      BIG FIRE LAW AND POLICY GROUP, LLP
      1905 Harney Street, Suite 300
      Omaha, Nebraska 68102
      Telephone: (531) 466-8725
      Facsimile: (531) 466-8792
      Email: nducheneaux@bigfirelaw.com
      Email: cmccool@bigfirelaw.com
      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October 2022 a copy of the foregoing was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.


/s/ *Calandra S. McCool*
Calandra S. McCool